**ABOYOUN DOBBS LLC**
COUNSELORS AT LAW
AND OF COUNSEL TO **MANDELBAUM BARRETT, P.C.**

77 Bloomfield Avenue
Pine Brook, New Jersey 07058
T: 973.575.9600
F: 973.575.1925
www.aboyoundobbs.com

Timothy J. Broking
Associate
Member of NJ, NY & DC Bars
tbroking@aboyoundobbs.com

Joseph S. Aboyoun**
Seth L. Dobbs*
Timothy J. Broking**
William T.J. Salerno^
Allan L. Markus
*Of Counsel*
Christopher E. Hartmann
*Of Counsel*
**Also Admitted to Practice in NY & DC
*Also Admitted to Practice in NY
^Also Admitted to Practice in CT

August 5, 2022

**VIA REGULAR MAIL**
Honorable Cathy L. Waldor
United States Magistrate Judge
50 Walnut St. Room 4040, Courtroom 4c
Newark, NJ 07101

   Re: DE LOS SANTOS v. PARK PLACE OF NEW JERSEY, LLC et. al.
      Docket No.: 20-cv-11280 (SRC)(CLW)

Dear Honorable Magistrate Judge Waldor:

  We represent the Defendants in the above case. A telephone conference was conducted on May 3, 2022. During the conference, I advised the Court that Defendants Park Place of New Jersey, LLC and Salvador Dip intended to file a motion to amend their answer to add third-party claims against co-buyer and possessor of the vehicle Yordy Hernandez Liranzo. I wish to apologize to the Court for my misunderstanding that resulted in my June 2, 2022 motion for leave to file an amended answer being administratively terminated.

  A telephone conference was scheduled on June 23, 2022 and the motion was to be addressed at that time. However, due to a scheduling conflict of Plaintiff's counsel, the conference was adjourned to August 30, 2022.

Rather than wait to August 30 to discuss the motion to amend, I write to the Court and respectfully request its authority to file the motion to amend.

I wish to thank the Court for its courtesies. Should the Court have any questions, do not hesitate to contact me.

                                   Respectfully submitted,

                                   ABOYOUN DOBBS, LLC

                                   BY:   *// Timothy J. Broking  //*
                                          TIMOTHY J. BROKING, ESQ.
                                          For the Firm

cc:   All counsel or record